# IN THE DISTRICT COURT OF JOHNSON COUNTY
# STATE OF KANSAS

| | |
|---|---|
| CHRISTINE BROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 18CV05997 |
| v. ) | |
| ) | Division. 7 |
| JH PORTFOLIO DEBT EQUITIES, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To: Clerk of the Court of Johnson County, Missouri

**PLEASE TAKE NOTICE** that on December 12, 2018, Defendant JH Portfolio Debt Equities, LLC filed a Notice of Removal of this action in the United States District Court for the District of Kansas. A true and correct copy of said Notice of Removal is attached (without exhibits) as **Exhibit A** and is served and filed with this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446, the filing of said Notice affects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 18 U.S.C. § 1446(d).

Dated: December 12, 2018

Respectfully Submitted,

*McDowell Rice Smith & Buchanan PC*

By: ___/s/Louis J. Wade_____
    Louis J. Wade, #13042
    605 W 47th Street, Suite 350
    Kansas City, MO 64112
    (816)960-7369 FAX (816)753-9996
    Email: lwade@mcdowellrice.com
ATTORNEY FOR DEFENDANT

# EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and via electronic mail, on this 12th day of December, 2018 to:

Ryan M. Callahan. KS Bar 25363
Callahan Law Firm, LLC
ryan@callahanlawkc.com
Attorney for Plaintiff

By: ___/s/Louis J. Wade_____
Louis J. Wade, #13042