# UNITED STATES DISTRICT COURT FOR DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| CHRISTINE BROCK,<br><br>　　　　Plaintiff,<br><br>V.<br><br>JH PORTFOLIO DEBT EQUITIES, LLC<br>　　　　Defendant. | Case No.:<br><br><br>**NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL** |

## NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL

**COMES NOW**, Defendant, JH Portfolio Debt Equities, LLC, by and through the undersigned counsel, hereby files this Notice to Plaintiff of Notice of Removal and states: A true and accurate copy of JH Portfolio Debt Equities, LLC's Notice of Removal was sent by electronic mail to Plaintiff's counsel, Ryan M. Callahan, 221 E. Gregory Blvd., Suite A, Kansas City, MO 64114-1138, ryan@callahanlawkc.com, on the 12th day of December, 2018.

Dated: December 12, 2018　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*McDowell Rice Smith & Buchanan PC*

　　　　　　　　　　　　　　　　　　　By:___ */s/Louis J. Wade*_____
　　　　　　　　　　　　　　　　　　　　　Louis J. Wade, #13042
　　　　　　　　　　　　　　　　　　　　　605 W 47th Street, Suite 350
　　　　　　　　　　　　　　　　　　　　　Kansas City, MO  64112
　　　　　　　　　　　　　　　　　　　　　(816)960-7369 FAX (816)753-9996
　　　　　　　　　　　　　　　　　　　　　Email: lwade@mcdowellrice.com
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and via electronic mail, on this 12th day of December, 2018 to:

Ryan M. Callahan. KS Bar 25363
Callahan Law Firm, LLC
ryan@callahanlawkc.com
Attorney for Plaintiff

By: ___/s/Louis J. Wade_____
      Louis J. Wade, #13042