# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**CHRISTINE brock,**

        **Plaintiff,**

**v.**                                **Case No: 18-2685-JAR-TJJ**

**JH PORTFOLIO DEBT EQUITIES, LLC,**

        **Defendant,**

# JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Memorandum and Order filed on September 16, 2019 (Doc. 26), that Plaintiff's Motion to Enforce Settlement Agreement (Doc. 20) is **granted**. Judgment shall be entered in Plaintiff's favor under the terms set forth in the parties' settlement agreement. Plaintiff is awarded reasonable fees and costs incurred litigating the motion to enforce settlement.

9/16/2019                                          TIMOTHY M. O'BRIEN
    Date                                              CLERK OF THE DISTRICT COURT

                                                          by: s/Bonnie Wiest
                                                                 Deputy Clerk